PER CURIAM.

WILLIAM KARP, Claimant, *vs.* STATE OF ILLINOIS, COMMISSION ON TECHNOLOGICAL PROGRESS, Respondent.

*Opinion filed January 31, 1974.*

LEON M. DESPRES and ALBERT SCHWARTZ, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.